# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE**<br><br>**GRAND JURY INVESTIGATION: APPLICATION FOR EX PARTE ORDER** | **Mag. J. No.**<br>**FILED EX PARTE UNDER SEAL** |

### APPLICATION FOR EX PARTE ORDER
### TO DISCLOSE RETURNS AND RETURN INFORMATION

COMES NOW the United States of America, by and through its attorney, Sean P. Costello, United States Attorney for the Southern District of Alabama, and Gloria A. Bedwell, Assistant United States Attorney for the Southern District of Alabama and, pursuant to 26 U.S.C. § 6103(i)(1), makes application to the Court for an *ex parte* order directing the Internal Revenue Service (IRS) to disclose to the applicant (and others hereinafter named) income tax returns and return information of the following:



which income tax returns and return information are described as those returns and return information for the taxable periods 2017 through the present.

In support of its application, applicant alleges and states the following:

(1) There is reasonable cause to believe, based upon information gathered during an ongoing law enforcement investigation, that violations of Title 18, United States Code, Section 922(a)(1)(A) have been committed. Based upon information obtained to date, there is reason to

1

believe that the above-named individual may be involved in the business of importing, manufacturing or dealing in firearms without a federal firearms license, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce, in violation of federal law. To prove this offense, the evidence must establish that the defendant engaged in the business of dealing in firearms, that the defendant did not have a license issued under federal law, and the defendant acted knowingly and willfully. The Government's burden for this offense is to prove that the defendant has guns on hand or is ready and able to procure them the purpose of selling them from time to time.



2





4



## Conclusion

Based upon this investigation, there is reasonable cause to believe that ▮▮▮▮ is participating in activities which establish that he appears to be engaging in the business of receiving, possessing and selling firearms without a federal license. These activities have resulted in the generation of income attributable to ▮▮▮▮

(2) It is believed that ▮▮▮ income tax records, to include the returns and return information for 2017, 2018, 2019, and 2020 will assist in the above investigation by allowing law enforcement to assess the nature of the legitimate income, if any, reported on these documents. In addition, the requested tax records will aid in determining if the returns were used to conceal these illegal activities in some manner. The tax returns may show a large discrepancy between the amount of income reported to the government versus the amount of funds deposited into ▮▮▮ bank accounts.

(3) The income tax returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning above mentioned acts.

(4) The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The United States also requests the Court to order the Internal Revenue Service to certify, where income tax returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such income tax returns and return information have not been filed or are on file.

The United States also requests the Court to order the Internal Revenue Service to disclose such income tax returns and return information described above as come into the possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 days thereafter.

The applicant further alleges and states that, in addition to herself, ATFE Special Agents Anna Beth Evans and Tom Nevin are personally and directly engaged in investigating this case. The information sought herein is solely for our use for that purpose. No disclosure will be made

to any other person except in accordance with the provisions of 26 U.S.C. §6103 and 26 C.F.R. §301.6103(i)-(1).

The application is authorized by Sean P. Costello, United States Attorney for the Southern District of Alabama, as indicated below.

The applicant further states that the subject of this Application is the subject of a pending grand jury investigation in this district, publication of the Application and Order would compromise that investigation and statutory grand jury secrecy requirements, and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayers and entities related to them.

Therefore, the applicant prays that this Court enter an order, *ex parte* and under seal, on this Application granting disclosure by the Internal Revenue Service of the income tax returns and return information specified in this Application. The applicant has submitted a separate motion seeking permission to substitute redacted copies prior to the unsealing of this matter, and moves the Court to allow the substitution of redacted copies of these materials to be filed when the case is unsealed to avoid disclosure of non-public information, which would impair the ongoing investigation.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/ Gloria A. Bedwell*
Gloria A. Bedwell
Assistant United States Attorney

## AUTHORIZATION FOR EX PARTE APPLICATION

The undersigned, being the United States Attorney for the Southern District of Alabama, pursuant to Title 26, United States Code, Section 6103(i)(1), hereby authorizes the foregoing Application for Ex Parte Order for Disclosure of Tax Returns and Return Information.

Dated: August 4, 2021

*Sean P. Costello*
Sean P. Costello
United States Attorney